| In re | (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|---|
| HONG THI NGUYEN | | Debtor(s). | CASE NO.: 11-12899-RK |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT   Amended

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as  Notice of Motion and Motion for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate          will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  3/7/11             I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Amrane (SA) Cohen (TR)     efile@ch13ac.com
Gary L Harre     ghcmecf@gmail.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  3/7/11             I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                         I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/07/11 | Judi Cicco | /s/ Judi Cicco |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 4001-1M.IS

Case 8:11-bk-12899-RK   Doc 19   Filed 03/09/11   Entered 03/09/11 16:02:04   Desc
Motion for Order Imposing a Stay or Continuing the Automatic Stay - Page 10 of 20
Main Document   Page 10 of 10

F 4001-1M.IS

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| HONG THI NGUYEN | Debtor(s). | CASE NO.: 11-12899-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Deutsche Bank National Trust Co.
1761 E St., Andrew's Place
Santa Ana, CA 92705

American Home Mortgage Servicing, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-1M.IS