GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 11-12899-RK |
| HONG THI NGUYEN, | Chapter 13 |
| Debtor | **DECLARATION OF GARY HARRE, ESQ., IN SUPPORT OF MOTION TO CONTINUE THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** |
| | Date: March 29, 2011<br>Time: 10:30 a.m.<br>Place: Courtroom 5 D<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

I, Gary Harre, declare as follows:

1. I am an attorney at law licensed to practice before all Courts in the State of California.

2. I have personal knowledge of the foregoing facts and if I am called upon as a witness, I could and would testify competently thereto.

3. I am the attorney representing the Debtor in this case and I also represented the Debtor in the prior Chapter 13 Case No. 10-24533-RK.

4. The Debtor filed the first petition for protection under Chapter 13 Case No. 10-24533-RK of the Bankruptcy Code on or about October 12, 2010 which was dismissed on January 18, 2011.

///

**DECLARATION OF GARY HARRE, ESQ., IN SUPPORT OF MOTION TO CONTINUE**
**THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**
- 1 -

1      5. When I filed the Debtor's prior Chapter 13 Case No. 10-24533-RK, I did not complete the Schedules and the Chapter 13 Plan correctly, causing the Debtor's case to be dismissed on January 18, 2011.

    6. I filed the pending second Chapter 13 Case No. 11-12899-RK on March 1, 2011, and this time I have completed the Debtor's Schedules and the Chapter 13 Plan correctly.

    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

    Executed on this 18th day of March, 2011, at Fountain Valley, California

                                                       _/s/  Gary Harre _____
                                                     Gary Harre, Esq., Declarant

**DECLARATION OF GARY HARRE, ESQ., IN SUPPORT OF MOTION TO CONTINUE
THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**
- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Declaration of Gary Harre, Esq., in Support of Motion to Continue the Automatic Stay as the Court Deems Appropriate** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR) efile@ch13ac.com
- Gary L Harre ghcmecf@gmail.com
- Joe M Lozano notice@NBSDefaultServices.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On March 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Service information continued**

**Deutsche Bank National Trust Co.**
1761 E St., Andrew's Place
Santa Ana, CA 92705

**American Home Mortgage Servicing, Inc.**
1525 S. Beltine Road, Suite 100 N
Coppell, TX 75019